## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| A. HIRSCH REALTY LLC ) | CHAPTER 11 |
| ) | CASE NO. 18-10043-JNF |
| DEBTOR ) | |
| ) | |

### ASSENTED TO MOTION TO DISMISS CASE

A. Hirsch Realty, LLC, the debtor herein ("Debtor"), with the assent of the Office of the United States Trustee, by and through its counsel, Paula Bachtell, Esq., respectfully moves this honorable Court to dismiss this case pursuant to 11 U.S.C. § 1112(b). In support hereof, the Debtor states:

1. On January 5, 2018 the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2. The Debtor is a single-asset real estate entity. The Debtor's sole business is owning and operating the real property at 1311-1315 Blue Hill Ave., Mattapan, Massachusetts ("Property").

3. The Property is subject to a first mortgage held by MSCI 2007-IQ16 Blue Hill Avenue, LLC ("MSCI"). The Debtor's case was filed in order to stop MSCI's scheduled foreclosure of the Property.

4. On April 13, 2018, MSCI was granted relief from the automatic stay in order to exercise its rights against the Property.

5. Due to the granting of relief from stay, the Debtor no longer has the ability to reorganize through chapter 11.

6. The Debtor has no assets to distribute to creditors and will incur unnecessary costs if it remains in chapter 11. It is in the best interests of creditors and the estate for the Debtor's case to be dismissed.

7. The Debtor has filed all required monthly operating reports and has paid those fees of the United States Trustee that, to its knowledge, are due and payable. If additional fees are due the United States Trustee, they shall be promptly paid.

WHEREFORE, the Debtor respectfully requests this Court dismiss the instant case and grant such further relief as is deemed just.

Respectfully submitted,
**A. Hirsch Realty, LLC**
by its attorney,

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Roman Brusovankin (BBO# 692662)
Nicholson Herrick LLP
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonherrick.com
rbrusovankin@nicholsonherrick.com

Dated: April 23, 2018

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| A. HIRSCH REALTY LLC | ) | CHAPTER 11 |
| | ) | CASE NO. 18-10043-JNF |
| DEBTOR | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Kate E. Nicholson, certify that I have sent a copy of this **Assented to Motion to Dismiss Case** via certified or first-class mail, postage prepaid, to the parties on the attached list who do not receive electronic notice via ECF.

/s/ Kate E. Nicholson
Kate E. Nicholson (BBO# 674842)
Roman Brusovankin (BBO# 692662)
Nicholson Herrick LLP
21 Bishop Allen Drive
Cambridge, MA 02139
(857) 600-0508
knicholson@nicholsonherrick.com
Dated: April 23, 2018    rbrusovankin@nicholsonherrick.com

Document      Page 4 of 5

**Electronic Mail Notice List**

The following is the list of **parties and attorneys** who are currently on the list to receive email notice/service for this case.

- **Paula R.C. Bachtell**   paula.bachtell@usdoj.gov
- **Roman Brusovankin**   rbrusovankin@nicholsonherrick.com, knicholson@nicholsonherrick.com,knicholson@ecf.courtdrive.com;ekropelin@nicholsonherrick.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **David Himelfarb**   dhimelfarb@mccarter.com, jlubertazzi@mccarter.com
- **Kate E. Nicholson**   knicholson@nicholsonherrick.com, knicholson@ecf.courtdrive.com;rbrusovankin@nicholsonherrick.com;ekropelin@nicholsonherrick.com

**Manual Notice List**

Associated Elevator Companies
583D Forest Rd.
South Yarmouth, MA 02664

Eversource
107 Selden Street
Berlin, Ct. 06037

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Marlene Sherman
10150 Dover Carriage Lane
Lake Worth, FL 33449

Mass Development Finance Agency
99 High St.
Boston, MA 02110

MSCI 2007-1Q16 Blue Hill Ave. LLC
c/o LNR Partners, LLC
1601 Washington Ave., Ste. 800
Miami Beach, FL 33139

NCB, FSB
2011 Crystal Dr., Ste. 800
Arlington, VA 22202

Skolnick CPA
9121 Anson Way, Ste. 125
Raleigh, NC 27615